396 A.2d 49

Commonwealth v. Secondini, Appellant.

Submitted April 14, 1978. Thomas P. Ruane, Jr., Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 49

Commonwealth v. Sewell, Appellant.

Submitted April 18, 1978. Michael W. Zurat, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.